JUDGE ABRAMS



**19 CRIM 858**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION DEPARTMENT

P# 50929

**TO:** Jim Molinelli
Docketing Clerk

**FROM:** Sonales Gonzalez
U.S. Probation Officer

Re: Joseph W. Jean - Louis
Dkt No.: 6:07CR03102-001

Enclosed is a matter from the U.S. Probation Department requesting consideration and/or review by Your Honor. Please forward your response to the Clerk's Office so it can be docketed. Also, please forward a copy of your response, along with **Three (3) original probation form 22s** to our office at 500 Pearl Street, 6th floor, so that we may take appropriate action.

Respectfully submitted,

Michael J. Fitzpatrick
Chief U.S. Probation Officer

By: _____
Sonales Gonzalez
U.S. Probation Officer
212-805-0042

Approved By:

Pamella Harris
Supervisory U.S. Probation Officer
212-805-5061
DATE: November 26, 2019

NY 201(d)

REQUEST FOR COURT ACTIONS / DIRECTION

| | | |
|---|---|---|
| TO: | Jim Molinelli<br>Miscellaneous Clerk | OFFENSE: Bank Robbery (18 U.S.C. 2113(a) (Class C Felony) . |
| FROM: | Sonales Gonzalez<br>U.S. Probation Officer | ORIGINAL SENTENCE: One Hundred and Fifty One (151) months Imprisonment followed by Three (3) years Supervised Release. |
| | | SPECIAL CONDITIONS: The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons. The defendant shall not commit another federal, state, or local crime. The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. The defendant shall cooperate in the collection of DNA as directed by the probation officer. The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page. If this judgement imposes a fine or restitution, it is a condition of supervision that the defendant pay in accordance with the Schedule of Payments sheet of this judgement. |
| RE: | Joseph W. Jean- Louis<br>Docket # 6:07CR03102-001 | AUSA: To Be Assigned<br><br>MED: December 20, 2021 |

DATE OF SENTENCE: May 13, 2013

DATE: November 26, 2019

ATTACHMENTS:    ☐ PSI        ☒ JUDGMENT        ☐ PREVIOUS REPORTS

REQUEST FOR:    COURT DIRECTION

---

**TRANSFER OF JURISDICTION**

Alfarbick Mally                              2                    64965 – George Olivares
Docket Number: 1:11CR0205-2

On August 5th 2008, the above-mentioned individual was sentenced as outlined above in the Western District of Missouri Southern Division, by the Honorable Richard E. Door., United States District Judge.

On November 26, 2019 , we received correspondence from the Western District of Missouri Southern Division, advising
that the court had signed the Transfer of Jurisdiction Probation Form 22 ordering Mr. Jean – Louis's transfer to the Southern District of New York. At this time we are requesting that this case be assigned to a Judge in the Southern District of New York for acceptance of transfer of jurisdiction.

Enclosed are four (3) original forms of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return the four (3) original Form 22's as they are required for both districts to complete the transfer.

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

Respectfully submitted,
Michael Fitzpatrick
Chief U.S. Probation Officer

by  _____
Sonales Gonzalez
U.S. Probation Officer
212-805-0042

Approved By:

_____  November 26, 2019
Pamella Harris                    Date
Supervisory U.S. Probation Officer