**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 11, 2020

**Via ECF**
Honorable Ronnie Abrams
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Counsel shall provide the Court with a status letter by no later than February 11, 2021.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
December 11, 2020

Re:  **United States v. Joseph Jean-Louis**
     **19 Cr. 858 (RA)**

Dear Judge Abrams:

    I write, jointly with the Government, to update the Court on the status of the above captioned matter.

    On November 9, 2020, the Court held a video conference to arraign Mr. Jean-Louis on the specifications contained in a violation of supervised release report. During that conference, Mr. Jean-Louis appeared unsettled and, on two occasions, attempted to leave the video conference room. The Court concluded the conference and requested that counsel confer with Mr. Jean-Louis and determine when the matter could be rescheduled.

    Since that conference, legal counsel at MCC, Nicole McFarland, reached out to both myself and the Government to inform us that Mr. Jean-Louis had decompensated mentally and was in need of medical attention that the MCC was not equipped to provide at this time. Ms. McFarland proposed referring Mr. Jean-Louis to a federal medical center where he could be properly treated and stabilized. Both the Government and I agreed with that proposal. We understand that the US Marshals Service is in the process of making that referral and we expect that Mr. Jean-Louis will be transferred in short order.

      The Government and I will keep abreast of Mr. Jean-Louis' progress and will seek to schedule the matter with the Court as soon as he is stable and medically able to appear for a conference. Additionally, at the Court request, the Government and I are prepared to appear before the Court to address the matter further.

      Respectfully submitted,

      */s/ Amy Gallicchio*

      _____

      Amy Gallicchio  
      Assistant Federal Defender  
      Cell: 917-612-3274  
      Office: 212-417-8728

cc:    AUSA Mitzi Steiner