# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 5, 2021

**Via ECF and Email**
Honorable Ronnie Abrams
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application granted. A conference is scheduled for February 22, 2021 at 9:00 a.m.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
February 5, 2021

Re:   **United States v. Joseph Jean-Louis**
       **19 Cr. 858 (RA)**

Dear Judge Abrams:

I write, pursuant to the Court's Order of December 11, 2020, directing the parties to update the Court no later than February 11, 2021 on the status of Mr. Jean-Louis' mental health, his expected transfer to a federal medical center and his readiness to appear before the Court for an arraignment and conference on the violation of supervised release in the above captioned matter.[1]

Despite apparent efforts by the Bureau of Prisons to effectuate Mr. Jean-Louis transfer, he remains at the MCC.

---

[1] On November 9, 2020, the Court held a video conference to arraign Mr. Jean-Louis on the specifications contained in a violation of supervised release report. During that conference, Mr. Jean-Louis appeared unsettled and, on two occasions, attempted to leave the video conference room. The Court concluded the conference and requested that counsel confer with Mr. Jean-Louis and determine when the matter could be rescheduled. On December 11, 2020, the parties filed a joint letter with the Court informing the Court

With my consent and that of the Government, the BOP planned to refer Mr. Jean-Louis to a federal medical center where he could be properly treated and stabilized. We expected that Mr. Jean-Louis would be transferred in short order.



On February 4, 2021, I spoke by telephone with Mr. Jean-Louis. e indicated that he was eager to appear before the Court and is prepared to be arraigned on the specifications contained in a violation of supervised release report. Furthermore, he expressed a desire to resolve the matter at that same conference by way of an admission. I propose that should the Court accept an admission from Mr. Jean-Louis, the Court then adjourn the matter for sentencing.

Therefore, I respectfully request that the Court schedule an arraignment and conference consistent with the Court's availability. The Government has no objection to this request. Mr. Jean-Louis waives his right to appear in person and consents to proceed by teleconference or videoconference.

Respectfully submitted,

/s/ Amy Gallicchio

Amy Gallicchio
Assistant Federal Defender
Cell: 917-612-3274
Office: 212-417-8728

cc: AUSA Mitzi Steiner