USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/22/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JOSEPH W. JEAN-LOUIS,

          Defendant.

No. 19-CR-858

ORDER

RONNIE ABRAMS, United States District Judge:

    The CourtCall conference is scheduled for Monday April 26, 2021 at 9:00 a.m. Members of the public and the press can use the following dial-in information:

Dial-In Number: 855-268-7844

Access Code: 67812309#

PIN: 9921299#

SO ORDERED.

Dated:   April 22, 2021
          New York, New York

_____
Ronnie Abrams
United States District Judge