USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5/4/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JOSEPH W. JEAN-LOUIS,

Defendant.

No. 19-CR-858 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court will hold a sentence on the Violation of Supervised Release on May 24, 2021 at 9:00 a.m.

SO ORDERED.

Dated: May 4, 2021
New York, New York

Ronnie Abrams
United States District Judge