UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-  No. 19 Cr. 858 (RA)

ORDER

JOSEPH W. JEAN-LOUIS,

                            Defendant.

-----------------------------------------------------------X

RONNIE ABRAMS, United States District Judge:

On September 17, 2024, this Court imposed a sentence of time served on Joseph W. Jean-Louis (U.S.M #23345-054). It is hereby ORDERED that Defendant should be released from the custody of the United States Marshals Service subject to any warrants and detainers.

SO ORDERED.

Dated:    September 17, 2024
             New York, New York

_____
Ronnie Abrams
United States District Judge