UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-　　　　　　　　　　　　　　　　　No. 19 Cr. 858 (RA)

　　　　　　　　　　　　　　　　　　　ORDER

JOSEPH W. JEAN-LOUIS,

　　　　　　　　　　　Defendant.

-----------------------------------------------------------X

RONNIE ABRAMS, United States District Judge:

　　IT IS HEREBY ORDERED that Defendant should be released from the custody of the United States Marshals Service subject to any warrants and detainers.

SO ORDERED.

Dated:　　October 2, 2024
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Ronnie Abrams
　　　　　　　　　　　　　　　　　　　United States District Judge